*Hallam, Stevenson,* for appellants.
*Myers, Webster,* for appellees.

---

Thomas Shackleford *v.* Thomas Landrum, etc.

**Set-off and Counter-claim—Striking Files—Agreement.**

> An order striking out all claims of set-off relied on by the parties, which purport to have been done by joint consent, will be upheld on an appeal, in the absence of a motion in the lower court to set it aside.

APPEAL FROM McLEAN CIRCUIT COURT.

April 21, 1871.

Opinion by Judge Hardin:

The order made on the 13th of March, 1868, striking all claims of set-off relied on by any of the parties, purports to have been entered by their joint consent, and is not shown to have been made through fraud or mistake, and was never set aside, nor did

the appellant seek to vacate it before the final judgment was rendered.

We must therefore regard the set-offs plead by the appellant, as voluntarily withdrawn by him; and this being so the judgment being rendered on the pleadings and evidence of title seems to be correct.

Wherefore the judgment is affirmed.

*Owen, for appellant.*

*Tanner, for appellees.*

